**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

**ABDUL MAJEED TOKHI**

**Plaintiff,**

**v.**

**U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,**

**Defendants.**

**Civil Action No. 2:25-cv-762**

**Judge James L. Graham**

**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court for consideration of the Joint Motion to Stay (ECF No. 47). For good cause shown, the Motion is **GRANTED**. This case is hereby **STAYED** until further order of the Court. The Parties are **ORDERED** to file either a notice of dismissal or a status update with the Court on or before December 1, 2026.

**IT IS SO ORDERED**.

s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

Case 2:25-cv-00762-JLG-CMV Doc #: 47 Filed: 10/23/26 Page: 2 of 2 PAGEID #: 753

Date: October 23, 2026

Respectfully prepared and submitted,

*/s/ Lindsey M. Woods*

Brittnee R. Pankey Qualls (0097707)
Legal Aid of Southeast and Central Ohio
1108 City Park Ave. Ste. 100
Columbus, Ohio 43206
614.737.0101
614.224.4514 (f)
bpankeyqualls@lasco.org

Kirsten R. Fraser (0093951)
Lindsey M. Woods (0097995)
**ORGAN LAW LLP**
1330 Dublin Road
Columbus, Ohio 43215
614.481.0900
614.481.0904 (f)
kfraser@organlegal.com
lwoods@organlegal.com

*Counsel for Plaintiff Abdul Majeed Tokhi*